UNITED STATES DISTRICT COURT
WESTERN DISTRICT of TEXAS
SAN ANTONIO DIVISION

FILED
APR 13 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| JEREMY DON ROGERS, SID # 1094483, § § Plaintiff § § v. § § SAN ANTONIO POLICE § OFFICER B. HUBBARD, § § Defendant § | Civil Action No. SA-18-CA-207-OG |

# JUDGMENT

Pursuant to this Court's Dismissal Order, Plaintiff Jeremy Don Rogers' in forma pauperis (IFP) 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii) and 1915A(b)(1) for failure to state a non-frivolous civil rights claim, and is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for want of prosecution and for failure to comply with this Court's Order.

DATED: April 13, 2018

_____
ORLANDO L. GARCIA
Chief United States District Judge